## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '23 MJ3981 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 Importation of Cocaine and Methamphetamine |
| Isac Fernando SARMIENTO GALINDO | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about November 1, 2023, within the Southern District of California, Isac Fernando SARMIENTO GALINDO, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about November 1, 2023, within the Southern District of California, Isac Fernando SARMIENTO GALINDO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Travis Hofkamp
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd of November 2023.

HONORABLE DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 1, 2023, at approximately 0841 hours, Isac Fernando SARMIENTO GALINDO, ("SARMIENTO GALINDO"), a border crosser, applied for entry into the United States from Mexico through the Otay Mesa Cargo Port of Entry in primary lane #6. SARMIENTO GALINDO was the driver of a white and blue tractor hauling a white trailer ("the vehicle") both bearing California license plates. This vehicle was randomly referred to X-Ray inspection.

At approximately 0925 hours, a CBPO operating the XML/ X-Ray machine detected a false front wall in the trailer filled with anomalies and sent the vehicle to the intensive dock for further inspection.

At approximately 0950 hours, a Canine Enforcement Officer was conducting secondary inspections at the intensive docks at the cargo facility. Officers offloaded half of the manifested VIZIO televisions and the CBPO and his Human and Narcotic Detection Dog (HNDD) entered the trailer and walked through the pallets of VIZIOS; the HNDD alerted to the right corner of the trailer's far wall.

During this time, agents applied for and received a tracker warrant for the vehicle (tractor and trailer). Agents followed this vehicle out of the cargo facility. Once out of the Otay Mesa Cargo POE, Agents followed the vehicle to a yard located off the CA-905 west and La Media in San Ysidro. Agents watched as the vehicle

1

went into the company's yard, passed its paperwork to the security booth, and watch it make a U-turn and come out of the yard. Once out of the yard, Agents followed the vehicle for approximately two minutes when it (the vehicle) pulled into the center lane, stopped, and put on its hazards. At this time, Agents pulled the driver out of the vehicle and placed him under arrest. Agents then drove SARMIENTO GALINDO back to the Otay Mesa Cargo POE; Agents also drove the vehicle back to the POE for inspection and seizure.

Further inspection of the vehicle (trailer) resulted in the discovery of 317 total packages concealed in the false wall of the trailer. 190 of the packages contained a substance, a sample of which field tested positive for the characteristics of cocaine, with a total approximate weight of 1,005.4 kilograms (2216.51 pounds); and 127 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 585.4 kilograms (1,291 pounds).

SARMIENTO GALINDO was placed under arrest at approximately 1145 hours.

During a post-Miranda interview, SARMIENTO GALINDO denied knowledge that the narcotics were in the vehicle (trailer). SARMIENTO GALINDO stated that he was going to drive the vehicle to a warehouse called "Unis" in Riverside, California. SARMIENTO GALINDO was to drop the manifested VIZIOs

off at the warehouse and then return the empty trailer and tractor back to the yard in Mexico.

SARMIENTO GALINDO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.